# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO C. YANEZ, an individual, | Case No.: 5:25-cv-01157-KK-SHK |
| Plaintiff, | |
| vs. | *Assigned Judge: Kenly Kiya Kato* |
| | *Magistrate Judge: Shashi H. Kewalramani* |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10 inclusive, | **ORDER OF DISMISSAL** |
| Defendant, | |

ORDER OF DISMISSAL

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: <u>March 27, 2026</u>                    By:_____

Hon. Assigned Judge
Kenly Kiya Kato
United States District Judge